UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:  Bobbie Jean Griffin                                                      Case No: 14-14719

## DEBTOR(S) RESPONSE TO
## NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW the debtor(s), by and through the attorney of record, and files this Debtor(s) Response to Notice of Mortgage Payment Change **(docket number 70)** filed by Ocwen Loan Servicing, LLC and for cause would show unto this Honorable Court that the debtor is of information and belief that the Notice of Mortgage Payment Change is incorrect and overstated for the change includes an escrow for house insurance. The debtor is not objecting to the escrow for taxes but is objecting to an escrow for house insurance. The debtor would show that she is maintaining an insurance policy on the subject real property by making direct monthly payments to the insurance company and will provide proof thereof.

WHEREFORE PREMISES CONSIDERED, the debtor(s) respectfully request the Court to enter an Order setting this matter for hearing and for such other and further relief the Court deems just and proper.

REPECTFULLY SUBMITTED, this the 15th day of May, 2019.

/s/ John M. Sherman
John Sherman
Attorney for debtor(s)
Post Office Box 1900
Clarksdale, MS 38614
662-627-5301
MB# 8807

## CERTIFICATE OF SERVICE

I, John M. Sherman, Attorney at Law, do hereby certify that I have this day electronically filed the foregoing Debtor(s) Response, with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Locke D. Barkley
Chapter 13 Trustee
P.O. Box 55829
Jackson, MS 39296-5829
sbeasley@barkley13.com

U.S. Trustee's Office
100 W. Capitol Street, Suite 1232
Jackson, MS 39269
USTPRegion05.AB.ECF@usdoj.gov

J. Gary Massey
Attorney for Ocwen Loan Servicing, LLC
msbankrutpcy@logs.com

This the 15th of May, 2019.

/s/ John M. Sherman
John M. Sherman